UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLLO CAPITAL CORP.,<br><br>         Plaintiff,<br><br>   -against-<br><br>ASTRA VEDA CORPORATION,<br><br>         Defendant. | 23-cv-9708 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at the April 1, 2024, conference, Defendant's discovery request is denied without prejudice. The Clerk of Court is directed to close Dkt. 34. In addition, Plaintiff's summary-judgment motion is due by April 17, 2024. Defendant's response is due by May 3, 2024. Plaintiff's reply is due by May 10, 2024.

  SO ORDERED.

Dated: April 1, 2024
    New York, New York

                     _____
                       ARUN SUBRAMANIAN
                      United States District Judge