UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APOLLO CAPITAL CORP.,

    Plaintiff,

-against-

ASTRA VEDA CORPORATION,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/27/2024

23-CV-09708 (AS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a scheduling conflict, the settlement conference scheduled for September 30, 2024, at 2:15 p.m., is hereby ADJOURNED *sine die*. Earlier in the week the Court contacted counsel, by telephone and email, and provided new dates for the settlement conference. The parties are to contact chambers by email at Moses_NYSDChambers@nysd.uscourts.gov to reschedule the settlement conference.

Dated: New York, New York
       September 27, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**