# LAW OFFICES OF BARRY M. BORDETSKY

| | |
|---|---|
| **570 Lexington Avenue, 24th Floor**<br>**New York, New York 10022**<br>**Tel.: (212) 688-0008**<br>**Fax: (212) 319-7605** | **22 North Park Place, 2nd Floor**<br>**Morristown, New Jersey 07960**<br>**Tel.: (973) 998-6596**<br>**Fax: (973) 937-7850**<br>***Please respond to NJ address** |

**EMAIL: barry@bordetskylaw.com**

Admitted in NY/NJ                                                                                              *Of Counsel, Littman Krooks LLP

October 4, 2024

*The hearing is adjourned to 12 pm on October 16, 2024.*

*The Clerk of Court is directed to terminate the motion at Dkt. 87.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: October 8, 2024*

**By ECF**
Hon. Arun Subramanian
United States District Court
  For the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *Apollo Capital Corp., v. Astra Veda Corporation* (23-cv-09708-AS)

Dear Judge Subramanian:

    This office is counsel to defendant Astra Veda Corp ("Astra" or "Defendant"). For the reasons set forth herein, and with the consent of counsel for plaintiff Apollo Capital Corp. ("Apollo" or "Plaintiff"), I am respectfully seeking an adjournment of the October 15, 2024, 3:00 p.m. oral argument on Astra's motion for reconsideration (Dkts. 72 & 86).

    The reason for the requested adjournment is based upon a scheduling conflict. I am presently engaged on October 15, 2024, in an enforcement matter before the Financial Industry Regulatory Authority ("FINRA"), with an On The Record ("OTR") that is to begin at 9:30 a.m. and scheduled to continue the entire day. The OTR has been scheduled in advance to accommodate the schedules of the parties and counsel; the lead FINRA enforcement attorney is traveling from Kansas City and my client is traveling from Florida.

    To that end, I have reached out to counsel for Astra and he has consented to the adjournment as well as proposed dates of October 16, 2024, in the afternoon and October 17, 2024, in the morning, for the oral argument. This request will not disturb any other dates regarding the motion and is the first regarding the argument.

    We thank the Court for its consideration of this issue.

Respectfully Submitted,

**Law Offices of Barry M. Bordetsky**
By: /s/ Barry M. Bordetsky
Barry M. Bordetsky

c: Peter R. Ginsberg (ECF)