USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/15/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLLO CAPITAL CORP., | |
| Plaintiff, | 23-CV-09708 (AS) (BCM) |
| -against- | **ORDER** |
| ASTRA VEDA CORPORATION, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference previously scheduled for September 30, 2024, is hereby ADJOURNED to **December 5, 2024, at 2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. This is an in-person proceeding. The parties may, but are not required to, submit a joint confidential settlement update letter to chambers by email.

Dated: New York, New York
       October 15, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**